**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE: **MICHELLE MARIE SANTOS ROBLES**
SSN xxx-xx-2775

CASE NO: **18-04636-ESL**

Debtor(s)

**Chapter 13**

---

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

---

Petition Filing Date: **08/16/2018**

First Meeting Date: **09/19/2018 at 10:00AM**

Days From Petition Date: **34**

341 Meeting Date: **09/19/2018 at 10:00AM**

910 Days Before Petition: **02/18/2016**

Confirmation Hearing Date: **11/02/2018 at 11:00AM**

Chapter 13 Plan Date: **08/16/2018** ☐ Amended

Plan Base:**$30,000.00**   Plan Docket #**3**

This is Debtor(s) 1 Bankruptcy petition.

This is the 1st scheduled meeting.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Total Paid In: **$600.00**

Check/MO# _____

Date: _____   Amount: $ _____

---

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK          Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☑ Examined   ☐ Not Examined under Oath          ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☑ Creditor(s) Present   ☐ None

BPPR -- Vilches

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**   Paid Pre-Petition: **$232.00**   Outstanding (Through the Plan): **$2,768.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 0.00    Estimated Priority Debt: $ _____

**If the estate were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

The Trustee:   ☐ NOT OBJECTS   ☑ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 0.00 %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☑ CLOSED   ☐ HELD OPEN FOR _____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-No objections

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor failed to submit evidence of income from Claro (previous employer) for the six months prior to filing bankruptcy.

[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.

Plan fails to provide for the lifting of the automatic stay in favor of Toyota. Vehicle is paid by third party.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

Plan is insufficiently funded to pay secured claim filed by BPPR.

/s/ Jose R. Carrion, Esq.              Meeting Date: Sep 19, 2018
        **Trustee**

/s/ Alexandra Rodriguez, Esq., Presiding Officer

Last Docket Verified: 13    Last Claim Verified: 3