## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**MICHELLE MARIE SANTOS ROBLES**<br>aka MICHELLE M SANTOS<br><br>**xxx–xx–2775**<br><br>Debtor(s) | Case No. **18–04636 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 11/28/22 |

### *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion requesting entry of order to compel filed by Chapter 13 Trustee, docket #34.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. Debtor shall comply within 14 days.
In San Juan, Puerto Rico, this Monday, November 28, 2022 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge